Bertha Solinger, Respondent, v. Louis Feder and Others, Appellants.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ ; McLaughlin, J., dissented.